UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00729-CJC-KES | Date | March 31, 2022 |
|---|---|---|---|
| Title | Jixia Ramirez et al v. Mercedes-Benz USA, LLC et al | | |

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT STATUS REPORT REGARDING SETTLEMENT**

The Court, having been notified by a Joint Status Report Regarding Settlement [17] that the case settled hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for ninety (90) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

|   | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | rrp | | |

cc: